NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**PATRICIA LYNNE TOPLIFF, SUBSTITUTED FOR CALVIN C. TOPLIFF,**
*Claimant-Appellant*

**v.**

**ROBERT WILKIE, ACTING SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

———————————

2017-2067

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 16-1383, Chief Judge Robert N. Davis.

———————————

**JUDGMENT**

———————————

MICHAEL E. WILDHABER, Veterans Law Office of Michael E. Wildhaber, Washington, DC, argued for claimant-appellant. Also represented by KATRINA J. EAGLE, Veterans Law Office of Katrina J. Eagle, San Diego, CA.

JOSEPH ASHMAN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represent-

ed by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., CLAUDIA BURKE; Y. KEN LEE, ANDREW J. STEINBERG, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (DYK, CLEVENGER, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| April 4, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |